IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

Russell Martin,

       Petitioner,

v.                         No. __5:16-cv-5562_____

Department of Veterans Affairs,
Richard A. Stone, M.D., Principal
Deputy Under Secretary for Health

       Respondent.

**PETITION FOR REVIEW OF ADMINISTRATIVE ORDER
OF THE UNDERSECRETARY OF HEALTH**

     Pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure and 38 U.S.C. §7462, Lieutenant Colonel Russell Martin, United States Army retired, hereby petitions the court for review of the decision of the undersecretary of Health entered on May 13, 2016, mailed and post marked May 18, 2016 and served upon the petitioner on May 21, 2016 by certified mail.

     The petitioner prays that the decision of the undersecretary of Health be set aside because the agency action, findings and conclusions are: (1) not in accordance with the law, (2) were obtained without procedures required by law, rule and regulation having been followed and (3) are unsupported by substantial evidence.

                                                 _s/Jenny A. Bonham_____
                                                 Jenny A. Bonham, State Bar No. 5567
                                                 Counsel for the Petitioner, Russell Martin

Bonham Legal Services
315 N. Mullens Road
Hinton, West Virginia 25951
(304) 690-5427 cell
(681) 238-5254 office
jbonhamlaw@aol.com