## TABLE OF CONTENTS

Table of authorities……………………………………………………………..…..…i

Statement of the Case…………………………………………………..…..….…..1

Statement of the Facts………………………………………………………………….1-9

Argument………………………………………………………………….…...…10-35

    I.       Standard of Review…………………………….……………....10-12

    II.      The Agency intentionally withheld material, exculpatory
            evidence in violation of Martin's right to due process…………..12-21

        A.  The Agency errored by withholding evidence to which
            Martin is entitled for Constitutionally adequate notice…………..13

        B.  The Agency errored failing to provide the entire
            Administrative record………………………………………....13-15

        C.  The Agency errored in refusing to provide requested
            Section 7114b information…………………………………….…15-16

        D.  The Agency errored in failing to undertake Agency
            Procedures existing to avoid Agency due process violation..….16-17

        E.  The DAB refused to correct the Agency due process
            Violations, compounding them instead…………………….......17-21

    III.     The Agency decision was arbitrarily made without substantial
            Evidentiary support in disregard of law and proper procedure…...21-35

        A.  Agency findings and conclusions were obtained in violation
            of instruction given to abide by the proper procedure, VA
            Handbook 0700………………………………………….…....21-25

        B.  Agency findings and conclusions are unsupported by
            Substantial evidence…………………………………………25-32

        C.  Agency findings and conclusions are unsupported by law
            Or regulation……………………………………………………32-35

Conclusion…………………………………….……………………..…………35

Addendum……………………………………………………………………….

      VA Handbook 0700…………………………………………………………A-1;   A-1 thru O-1

      Local Labor Agreement……………………………………………………A-2;   1-64