# **TABLE OF AUTHORITIES**

### **CASES**

| | |
|---|---|
| *Taylor v. Principi* 90 F. App'x 274, 276-77 (6th Cir. 2004). | Page 10 |
| *Lerner v. Shinseki*, No. 3:12-CV-565 at 11 (W.D. Ky. Oct. 10, 2013). | Page 10, 22, 34 |
| *Olenhouse v. Commodity Credit Corp*. 42 F. 3d 1560, 1581 (10th Cir. 1994). | Page 11 |
| *Kreso v. Shinseki*, 67 F. Supp.3d 1235, 1237 (2014) | Page 11 |
| *Broadbent v. Harris*, 698 F.2d 407, 412 (10th Cir. 1983) | Page 11 |
| *Nieto v. Heckler*, 750 F.2d 59, 61 (10th Cir. 1984) | Page 11 |
| *Byron v. Heckler*, 742 F.2d 1232, 1235 (10th Cir. 1984) | Page 11 |
| *Smith v. Heckler*, 707 F.2d 1284, 1285 (11th Cir. 1983) | Page 11 |
| *Washington v. Shalala*, 37 F.3d 1437 (10th Cir. 1994) | Page 12 |
| *Mason v. Dept. of the Navy,* 70 M.S.P.R. 584 (1996) | Page 12, 16 |
| *Barresi v. U. S. Postal Service*, 65 M.S.P.R. 656, 666 (1994) | Page 12, 16 |
| *Owens v. Baltimore City State's Attorney's Office*, 767 F.3d 379, 396 (2014) | Page 12 |
| *Barbee v. Warden, Md. Penitentiary*, 331 F.2d 842, 846-47 (4th Cir. 1964) | Page 12 |
| *Strickler v. Greene*, 527 U.S. 263, 280-81 (1999) | Page 12 |
| *Cleveland Bd. of Educ. v. Loudermill,* 470 U.S. 532, 541, 105 S. Ct. 1487 (1985) | Page 16 |
| *Stone v. F.D.I.C.*, No. 98-3012 (Fed. Cir. June 11, 1999) | Page 17 |
| *Neuway v. Colvin,* No. 15-1112-JWL, 5 (D. Kan. Apr. 15, 2016) | Page 28 |
| *Wilson v. Asture,* 602 F.3d 1136, 1139 (10th Cir. 2010) | Page 28 |
| *Huston v. Bowen,* 838 F.2d 1125, 1133 (10th Cir. 1988) | Page 28 |
| *Hackett v. Barnhart,* 395 F.3d 1168, 1172 (10th Cir. 2005) | Page 28 |
| *Bakalarski v. Apfel,* No. 97-1107, WL 748653, 3 ( 10th Cir. 1997) | Page 28 |
| *Doe v. American Red Cross,* 848 F. Supp. 1228, 1232 (S.D.W. Va. 1994) | Page 34 |
| *Murphy v. N. Amer. River Runners, Inc.,* 186 W. Va. 310, 412 S.E. 2d 504 (1991) | Page 34 |
| *Weaver v. union Carbide Corp.,* 180 W. Va. 556, 378 S.E. 2d 105 (1989) | Page 34 |

### **RULES AND STATUTES**

| | |
|---|---|
| 38 U.S.C. §7462 | Page 1, 10, 11, 18, 31, 34 |

| | |
|---|---|
| VA Handbook 5021/10 | Record Page No. 1465-1500 |
| VA Handbook 0700 | Addendum A-1 thru O-1 |
| VA Handbook 5019 | Record Page No. 52-140 |
| MASTER AGREEMENT between the VA and AFGE 2011 | Record Page No. 1136-1463 |
| Local Supplemental between VAMC and AFGE 2198 | Addendum A-2, Pages 1-64 |